UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| ROLANDO VELA, | ) ED CV 08-0948-SH |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, Administration, | ) |
| Defendant. | ) |

IT IS HEREBY ADJUDGED that the decision is reversed and remand.

DATED: August 19, 2009

/ s /

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE